No. 10–5436. ULLOA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 10–5437. VEREEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5439. FRANKLIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5440. GARCIA-MONTANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5441. LANE-EL v. SEVIER, SUPERINTENDENT, MIAMI CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 10–5442. FITZGERALD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5444. GIST v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5447. BROWN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5448. MCBRIDE v. MURRAY. Sup. Ct. Ga. Certiorari denied.

No. 10–5449. RUIZ-GUIFARRO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5450. WISE v. KAISER ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–5451. WYRICK v. EBBERT, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 10–5452. THOMAS v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 10–5453. BEATY v. ARIZONA. Super. Ct. Ariz., County of Maricopa. Certiorari denied.

No. 10–5454. SANCHEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5455. EVANS v. OKALOOSA COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.